# Order

Michigan Supreme Court
Lansing, Michigan

June 1, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157686(85)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant/
      Cross-Appellee,

v

                                 SC: 157686
                                 COA: 330382

ANDREW JOSEPH SPAGNOLA,
      Defendant-Appellee/            Macomb CC: 2014-003879-FC
      Cross-Appellant.
_____/

      On order of the Chief Justice, the motion of defendant-appellee/cross-appellant to extend the time for filing his answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before June 5, 2018.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 1, 2018



Clerk